UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL HERNANDEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>HUNTER ANGLEA,<br><br>　　　　Respondent. | No. 2:18-cv-1735 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to § 2254. Petitioner claims he was denied due process and is not being given the benefit of proposition 57.

By order dated November 28, 2018, the court screened and dismissed the petition. (ECF No. 5.) Petitioner was given the option of amending his pleading and presenting his claim as a civil rights action pursuant to 42 U.S.C. § 1983. Petitioner was warned that failure to file a civil rights complaint within thirty days or otherwise respond to the court's order would result in a recommendation that this action be dismissed. Those thirty days have passed and petitioner has not filed a civil rights complaint, dismissed his habeas action, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a district judge to this action.

////

1    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u>
2  Local Rule 110; Fed. R. Civ. P. 41(b).

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 23, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Habeas.hern1735.fr.dism