1

2

3

4

5

6

7             UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   RAUL HERNANDEZ,                         No. 2:18-cv-1735 DB P

11                  Petitioner,

12        v.                                 ORDER

13   HUNTER ANGLEA,

14                  Respondent.

15

16         Petitioner, a state prisoner, was proceeding pro se with a petition for writ of habeas corpus

17   pursuant to § 2254.  Petitioner claimed he was denied due process and was not given the benefit

18   of proposition 57.  This action was closed on February 19, 2019.  (ECF Nos. 10, 11.)  Petitioner

19   has filed a request for copies related to a charge against his prison trust account.  (ECF No. 12.)

20         Upon screening the petition, the court determined that this action was not cognizable in

21   federal habeas because his claim was not one that would necessarily lead to his immediate or

22   earlier release from confinement.  (ECF No. 7.)  The court advised petitioner that because his

23   claims fell outside the "core of habeas," they should instead be pursued in an action pursuant to

24   42 U.S.C. § 1983.  The court declined to construe his habeas petition as a § 1983 complaint due to

25   the differences in proceeding in habeas corpus as opposed to a civil rights action.  Petitioner was

26   specifically advised that while the filing fee for a habeas petition is $5, the filing fee for civil

27   rights actions, even when proceeding in forma pauperis, is $350.  Thereafter, petitioner filed a

28   civil rights complaint along with an application to proceed in forma pauperis.  See Hernandez v.

1  <u>Diaz</u>, Case No. 2:18-cv-3265 KJM AC P.  The prison trust account statement attached to
2  petitioner's motion indicates that he was charged in relation to that action.  (ECF No. 12 at 4.)
3      Petitioner is informed that he has not been assessed a $350 filing fee for this action.  The
4  court will send petitioner a copy of its order dated November 29, 2018 that explains the filing fees
5  for civil rights actions as a one-time courtesy.
6      Accordingly, IT IS HEREBY ORDERED that:
7      1.  Petitioner's request for copies (ECF No. 12) is granted; and
8      2.  The Clerk of the Court is directed to send petitioner a copy of the court's November
9          29, 2018 order (ECF No. 7).
10  Dated:  August 8, 2019

13  DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Habeas.hern1735.copies

2